# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SAMUEL W.B. MILLINGHAUSEN, III, | : | No. 629 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KAREN DRAKE, ROBERT L. HYSLOP, JR., | : | |
| THERESA M. HYSLOP, JOY A. CAPKA, | : | |
| MARYANN DIRENZO, JOHN DOE ONE, | : | |
| JOHN DOE TWO, JOHN DOE THREE, AND | : | |
| JOHN DOE FOUR, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.